**MORGAN & MORGAN**
600 North Pine Island Road, Suite 400
Plantation, FL 33324
Telephone (954) WORKERS
Fax: (954) 327-3013

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

MUSTAFA MUSA AND TREY HARDY,
 on behalf of themselves and on behalf of all
others similarly situated;

                Plaintiffs,                Case No. :  2:17-cv-05681-MCA-SCM

v.

SOS SECURITY LLC,

                Defendant.
_____/

**PLAINTIFFS' UNOPPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME TO MOVE FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiffs, MUSTAFA MUSA and TRAY HARDY, on behalf of themselves and all others similarly situated, by and through their respective undersigned counsel, move this Honorable Court for an additional extension of time through January 26, 2018 in which to move the Court for preliminary approval of Class Action Settlement Agreement, and as grounds in support thereof states

1.      On November 27, 2017 [Dkt.32], the Parties notified the Court the matter had been resolved.  At that time, the Parties anticipated having their class settlement agreement before this Court on or before December 18, 2017.

2.      Since that time, the parties have finalized the settlement agreement and have

prepared the appropriate motions. However, as part of the process, the Parties have determined additional time is necessary to ensure the putative class sizes are accurately represented to the Court.

3. Accordingly, Plaintiffs request an extension up to and including January 26, 2018 to provide the Court with the settlement agreement for consideration and approval pursuant to Federal Rule of Civil Procedure 23(e).

WHEREFORE, Plaintiffs respectfully requests that this Honorable Court grant an extension of time, up to and including, January 26, 2018 in which to provide the Court with the settlement agreement and that any currently calendared dates in this matter remain continued and/or off the Court's calendar.

Respectfully submitted,

**MORGAN & MORGAN**

/s/ Andrew Frisch
Andrew Frisch, Esq.
NJ Bar No.: 3845200
600 North Pine Island Road, Suite 400
Plantation, FL 33324
Telephone (954) WORKERS
Fax: (954) 327-3013
afrisch@forthepeople.com

**CERTIFICATE OF SERVICE**

I HEREBY that on this 16th day of January, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

Keith J, Murphy, Esq.
kmurphy@grsm.com.com
GORDON & REES
SCULLY MANSUKAHANI
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932

Counsel for the Defendant,
SOS Security LLC

Robin Taylor Symons, Esq.
rsymons@gordonrees.com
Eric R. Thompson, Esq.
ethompson@gordonrees.com
GORDON & REES
SCULLY MANSUKAHANI
100 S.E. Second Street, Suite 3900
Miami, FL 33131

Jay H. Solowsky, Esq.
jsolowsky@salawmiami.com
Mason A. Pertnoy, Esq.
mpertnoy@salawmiami.com
Solowsky & Allen, P.L.
201 South Biscayne Boulevard, Suite 915
Miami, Florida 33131

        **MORGAN & MORGAN, P.A**.

        **/s/ Marc R. Edelman**
        MARC R. EDELMAN, ESQ.