CASE CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| MUSTAFA MUSA AND TREY HARDY, on behalf of themselves and on behalf of all others similarly situated; <br><br> Plaintiffs, <br> v. <br><br> SOS SECURITY LLC, <br><br> Defendant. | Case No. : 2:17-cv-05681-MCA-SCM |

ORDER OF FINAL APPROVAL OF CLASS
ACTION SETTLEMENT, ATTORNEYS' FEES AND
COSTS AND DEFENDANT'S CURRENT FCRA FORMS

Plaintiffs, Mustafa Musa and Trey Hardy, filed their Motion for Final Approval of Class Action Settlement (Dkt. 46), which was granted on September 12, 2018, and the Plaintiffs have filed a separate motion for attorneys' fees and reimbursement of expenses (Dkt. 47) in the total amount of $162,250.

FINAL APPROVAL OF SETTLEMENT

The necessary findings having been made on the record on September 12, 2018, the Settlement Class is certified, and the proposed settlement as embodied in the Settlement Agreement (Dkt. 40-1) is approved. Notably, no class member has objected to the final approval of the settlement.

ATTORNEYS' FEES AND COSTS

The gross requested award of $162,250 represents approximately 26.8% of the settlement's value to the class. That value is calculated to be $615,000, a comprehensive figure which encompasses $550,000 in cash payments and $65,000 in administration expenses.

1. The hours worked and the rates charged by Plaintiffs' counsel are fair, reasonable and adequately documented.

2. The hourly charges of Marc R. Edelman result in a lodestar figure of $81,900 (not including costs).

3. The lodestar figure of $81,900, divided into the requested award of $162,250 (which includes $6,937.83 costs), would yield a multiplier of 1.98. Without costs, the multiplier is 1.9. The Court finds either of these multipliers reasonable. The Court also finds the awards for the claiming Settlement Class members to be very good. Specifically, Settlement Class I members received awards greater than minimum statutory damages or awards in similar actions; Settlement Class II members received awards greater than statutory damages.

4. The award, calculated on the basis of a 26.8% of the economic value of the settlement, including costs, is also reasonable. The Court has cross checked the percentage fee against the multiplier and finds it to be reasonable. Additionally, the factors into its findings that Class Counsel accepted this action on a contingency basis with risk of non-recovery, demonstrated expertise and efficiency, the monetary relief obtained for the Plaintiffs and the Class Members, and Defendant having revised its practices as a result of the Settlement Agreement. Notably, no affected party has objected to the fee requested.

5. Additionally, as a result of the proposed settlement, Defendant has revised its FCRA authorization and disclosure form, together with other FRCA notice forms, which revised forms (as attached to the Settlement Agreement) Plaintiffs' counsel concurs are in compliance with the FCRA. As such, the settlement provides a broader, additional societal benefit for the class as well as for future applicants seeking employment with Defendant. As requested in Plaintiffs' Motion for Final Approval of Class Action Settlement, the Court finds

that Defendant's current FCRA Notice and Authorization forms, as well as its current pre-adverse action and adverse action letters (attached as Exhibit D to the Settlement Agreement), are compliant with the FCRA.

It is therefore, **ORDERED AND ADJUDGED** that the Settlement Class is certified and that the motion (Dkt. 46) for approval of the proposed settlement as embodied in the Settlement Agreement (Dkt. 40-1) is GRANTED for the reasons expressed on the record on September 12, 2018; and it is further

**ORDERED AND ADJUDGED** that the motion for attorneys' fees and costs (Dkt. 47) is GRANTED, and that the settlement shall include an approved award of fees and costs in the amount of $162,250, and it is further

**ORDERED AND ADJUDGED** that Defendant's current FCRA Notice and Authorization forms, as well as its current pre-adverse action and adverse action letters (attached as Exhibit D to the Settlement Agreement), are compliant with the FCRA. [handwritten: to the extent more issues were raised in this case.]

_____
**HONORABLE MADELINE COX ARLEO**
United States District Judge

3